McAllister. No opinion. Appeal dismissed, on authority of In re Reddish, 47 App. Div. 187, 62 N. Y. Supp. 261, without costs to either party.

EDWARDS v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Action by William O. Edwards against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 68 N. Y. Supp. 1137.

ELDRIDGE v. PATERSON. (Supreme Court, Appellate Division, First Department. March 8, 1901.) Action by George D. Eldridge against James T. Paterson. No opinion. Order affirmed, with $10 costs and disbursements.

EPPENS, SMITH & WEIMAN CO., Respondent, v. PENDERGAST et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Action by the Eppens, Smith & Weiman Company against Nicholas Pendergast and others. No opinion. Appeal dismissed, with costs, upon the authority of Finck v. Mannering, 46 Hun, 323.

FARUOLO, Appellant, v. KRAUS, Respondent. (Supreme Court, Appellate Term. April 22, 1901.) Action by Charles R. Faruolo against Henry Kraus. From a judgment in favor of defendant, plaintiff appeals. Affirmed. A. Finelite, for appellant. Platzek & Stroock, for respondent.

PER CURIAM. Judgment affirmed, with costs.

In re FAY. (Supreme Court, Appellate Division, First Department. March 22, 1901.) In the matter of Sarah A. Fay. No opinion. Appeal dismissed, with $10 costs.

FINCK, Appellant, v. BAKER, Respondent. (Supreme Court, Appellate Term. April 8, 1901.) Action by John Finck against Hyman D. Baker. From a judgment of the New York municipal court in favor of defendant, plaintiff appeals. Affirmed. William H. Bronk, for appellant. Kantrowitz & Esberg, for respondent.

PER CURIAM. The record does not present a case justifying a review of the evidence under section 3063 of the Code. On a straightforward conflict of fact, the justice below has given credence to the defendant's story. His decision should stand. Judgment affirmed, with costs.

FINCK, Appellant, v. BERGER, Respondent. (Supreme Court, Appellate Term. April 16, 1901.) Action by John Finck against Bertha Berger. From a judgment of the New York municipal court in favor of defendant,

plaintiff appeals. Affirmed. William R. Bronk, for appellant. Charles L. Hoffman, for respondent.

PER CURIAM. Upon a simple issue of fact both parties sought to impose upon the credulity of the court. The version of either has suspicious circumstances. Judgment had to follow for the defendant, as there was not sufficient credible testimony in favor of the plaintiff to carry a finding in his favor. Judgment affirmed, with costs.

In re FINKLE. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) In the matter of the application of Morgan G. Finkle, a resident of the town of Ancram, Columbia county, N. Y., for the removal of Robert H. Stickle from the office of commissioner of highways of said town. No opinion. Report of referee confirmed, and Robert H. Stickle is removed from the office of commissioner of highways of the town of Ancram. Columbia county, N. Y., with costs and disbursements.

FISHER, Respondent, v. BLOCHER MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Action by Frederick C. Fisher, by guardian ad litem, against the Blocher Manufacturing Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals denied, with $10 costs.

FITCH, Respondent, v. MORTON, Appellant. (Supreme Court, Appellate Term. April 22, 1901.) Action by Frank E. Fitch against Levi P. Morton. From a judgment for plaintiff, defendant appeals. Affirmed. William Morton Grinnell, for appellant. Julius M. Mayer, for respondent.

PER CURIAM. Judgment affirmed, with costs.

FOLEY v. SCHARMANN. (Supreme Court, Appellate Division, First Department. March 15, 1901.) Action by Charles V. T. Foley against August C. Scharmann. No opinion. Motion denied, with $10 costs.

In re FRANSIOLI. (Supreme Court, Appellate Division, First Department. March 22, 1901.) In the matter of Augustus C. Fransioli. No opinion. Motion to disbar granted.

GALLAGHER, Respondent, v. BERWIN, Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1901.) Action by Barbara Gallagher against Siegfried Berwin. No opinion. Final order of the municipal court affirmed, without costs.

GEFFEN et al., Respondents, v. UNION CLOAK & SUIT CO., Appellant. (City Court of New York, General Term. March 26, 1901.) Action by Morris L. and Phillip Geffen against the Union Cloak & Suit Company. From a judgment for plaintiffs, and from an order denying a new trial, defendant appeals. Affirm-